# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-40576
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 16, 2018

Lyle W. Cayce
Clerk

DEWAYNE RAY CLUBB,

Plaintiff-Appellant

v.

JEFFERSON COUNTY, Texas; JEFF BRANICK, Judge, Jefferson County, Texas; MITCH WOODS, Sheriff's Office, Jefferson County, Texas; BOB WORTHAM, District Attorney's Office, Jefferson County, Texas; RACHEL GROVE, District Attorney's Office, Jefferson County, Texas,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:16-CV-84

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

Dewayne Ray Clubb, a former Texas prisoner, appeals the district court's dismissal of his 42 U.S.C. § 1983 civil suit as frivolous. In his complaint, Clubb alleged that he was not advised of his rights upon arrest, that his repeated

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40576

requests for medication and counsel were ignored, and that he was bullied into pleading guilty without understanding the effect of his plea.

This court reviews the dismissal of a frivolous complaint for abuse of discretion. *Rogers v. Boatright*, 709 F.3d 403, 407 (5th Cir. 2013). In his brief, Clubb reasserts the facts supporting his claims but fails to make any reference to the district court's reasons for dismissing them. Because Clubb offers no basis to disagree with the district court's analysis, any challenge to that ruling is deemed abandoned on appeal. *See Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987). Accordingly, the judgment of the district court is AFFIRMED.